■ In the Matter of RICKEY A. VENDITTI, Appellant, v DOUGLAS SERNOFFSKY et al., Respondents. [617 NYS2d 654] —Order unanimously reversed on the law without costs, petition granted and certificate of authorization validated. Memorandum: The certificate of authorization substantially complied with the requirements of Election Law § 6-120 (3). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)

■ In the Matter of MARIA WAWRZYNIAK et al., Respondents, v G. STEVEN PIGEON, Appellant, and ROGER I. BLACKWELL et al., Constituting the Erie County Board of Elections, Respondents. [617 NYS2d 654] —Order unanimously affirmed without costs. (Appeal from Order of Supreme Court, Erie County, Rossetti, J.—Election Law.) Present—Denman, P. J., Balio, Wesley, Callahan and Davis, JJ. (Filed Aug. 25, 1994.)